# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Michael Widmer
_____
Plaintiff(s)

v.

Kempfer et al,
_____
Defendant(s)

Case Number: 13-1131-GPM

SCANNED AT MENARD and E-mailed
11-4-13 by TJC  5 pages
date    initials   No.

## MOTION AND AFFIDAVIT TO PROCEED
## IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this motion, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __Menard Correctional Center__ .
I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months. NOTE: You must have an authorized institutional officer complete the last page of this form.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ __0__ , and my take-home pay or wages are: $ __0__ per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment   ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends            ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments     ☐ Yes   ☒ No
(d) Disability or worker's compensation payments     ☐ Yes   ☒ No
(e) Gifts or inheritances                            ☐ Yes   ☒ No
(f) Any other sources                                ☐ Yes   ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: 0

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: 0

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: 0

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: 3 Sons Elliot age 7, Remington age 4, Parker age 2½

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

I owe $8,000 to 2 friends.

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Date: Oct 28th 2013

Michael Widmer
*Movant's signature*

Michael Widmer
*Printed name*

## CERTIFICATION
(TO BE COMPLETED BY AN AUTHORIZED INSTITUTIONAL OFFICER)

Plaintiff/Petitioner: MICHAEL WIDMER

Institution: MENARD CC

Register Number: B30985

I, <u>Jamie Welborn - Accountant Supervisor</u>, hereby certify that the inmate identified above currently has the sum of $ (577.33) on account at <u>Menard Correctional Center</u>.

Date: 10/23/13

Signature of Authorized Officer

**PURSUANT TO 28 U.S.C. 1915 (a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TURST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

CASE 3:13-CV- ~~[scribbled out]~~

~~[scribbled out]~~

Date: 10/23/2013 **Menard Correctional Center** Page 1
Time:  3:31pm **Trust Fund**
d_list_inmate_trans_statement_composite Inmate Transaction Statement

REPORT CRITERIA - Date: 04/15/2013 thru End;   Inmate: B30985;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**                **Housing Unit: MEN-N2-06-45**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 07/08/13 | Mail Room | 04 Intake and Transfers In | 189259 | 39379 | Lawrence Correctional Center | -322.93 | -322.93 |

| | |
|---|---|
| Total Inmate Funds: | -322.93 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 254.40 |
| Funds Available: | -577.33 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 06/26/2013 | 405802 | Disb | Library | 2 DOC: 523 Fund Library | $2.90 |
| 06/27/2013 | 406253 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 06/27/2013 | 406295 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 06/27/2013 | 406297 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 06/28/2013 | 406595 | Disb | Eyeglass frames | 99999 DOC: 523 Fund Inmate Reimburseme | $48.91 |
| 06/28/2013 | 406650 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.12 |
| 06/28/2013 | 406668 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.92 |
| 07/03/2013 | 406912 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.32 |
| 07/03/2013 | 406948 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.38 |
| 07/08/2013 | 407554 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $1.80 |
| 07/08/2013 | 407555 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $84.00 |
| 07/08/2013 | 407556 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $30.00 |
| 07/08/2013 | 407557 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $3.35 |
| 07/08/2013 | 407558 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $6.20 |
| 07/08/2013 | 407559 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $2.80 |
| 07/08/2013 | 407560 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $0.50 |
| 07/09/2013 | 407707 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.98 |
| 07/09/2013 | 407763 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.64 |
| 07/09/2013 | 407813 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.38 |
| 07/10/2013 | 407961 | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| 07/11/2013 | 408457 | Disb | Library | 2 DOC: 523 Fund Library | $9.50 |
| 07/17/2013 | 409100 | Disb | Library | 2 DOC: 523 Fund Library | $2.16 |
| 07/22/2013 | 409381 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.84 |
| 07/22/2013 | 409453 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.12 |
| 07/25/2013 | 410061 | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| 07/30/2013 | 410454 | Disb | Library | 2 DOC: 523 Fund Library | $2.86 |
| 08/05/2013 | 411031 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 08/05/2013 | 411094 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.04 |

Date: 10/23/2013
Time: 3:31pm
d_list_inmate_trans_statement_composite

**Menard Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 04/15/2013 thru End; Inmate: B30985; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

### Inmate: B30985 Widmer, Michael L.

### Housing Unit: MEN-N2-06-45

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/25/2013 | 418183 | Disb | Library | 2 DOC: 523 Fund Library | $3.71 |
| 09/25/2013 | 418253 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.42 |
| 09/25/2013 | 418271 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.52 |
| 09/30/2013 | 418637 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.04 |
| 10/01/2013 | 419017 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.58 |
| 10/02/2013 | 419259 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.12 |
| 10/09/2013 | 419704 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.92 |
| 10/16/2013 | 420094 | Disb | Library | 2 DOC: 523 Fund Library | $1.50 |
| 10/16/2013 | 420475 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.90 |
| 10/16/2013 | 420509 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 10/16/2013 | 420601 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 10/17/2013 | 420685 | Disb | Library | 2 DOC: 523 Fund Library | $0.25 |
| 10/21/2013 | 421366 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.24 |
| 10/22/2013 | 421557 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.32 |
| 10/23/2013 | 421685 | Disb | Library | 2 DOC: 523 Fund Library | $7.40 |

**Total Restrictions:** $254.40